UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 03CR 10394-WGY |
| ) | |
| MATTHEW WRIGHT ) | Violation: |
| ) | 18 U.S.C. § 922(g)(1) – |
| ) | Possession of a Firearm and |
| ) | Ammunition by a Convicted |
| ) | Felon |

INDICTMENT

COUNT ONE:   18 U.S.C. § 922(g)(1) – Possession of a Firearm and Ammunition by a Convicted Felon

The Grand Jury charges that:

On or about October 30, 2003, in Tyngsboro, in the District of Massachusetts,

MATTHEW WRIGHT,

defendant herein, after having been convicted of a crime punishable by a term of imprisonment in excess of one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Colt, Model Trooper MK III, .357 caliber revolver, bearing serial number J1279; a Norinco, Model 59, 9mm pistol, bearing serial number A00832; a Winchester, Model 94-32, .32 caliber rifle, bearing serial number 1437318; a Winchester, Model 94, 30-30 caliber rifle, bearing serial number 3744425; a Remmington Arms, Model 742, 30-06 caliber rifle, bearing serial number 7445627; and a Remmington Arms, Model 700, 30-06 caliber rifle, bearing serial number A6337480, and assorted ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

*[signature]* 12/17/03
FOREPERSON OF GRAND JURY

*[signature]*
William H. Connolly
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, December 17, 2003. @ 3:47 PM

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk

-3-

JS 45 (5/97) - (Revised USAO MA 3/25/02)

## Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** ATF

**City** Boston    **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant  X  _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  03-M-1159-JGD
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** Matthew Wright    Juvenile: [ ] Yes  [X] No

**Alias Name** _____

**Address** 6 Rock Road, Tyngsboro, MA

**Birth date:** 1970   **SS#:** _____   **Sex:** M   **Race:** W   **Nationality:** USA

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** William H. Connolly    **Bar Number if applicable** 634501

**Interpreter:** [ ] Yes  [X] No    **List language and/or dialect:** _____

**Matter to be SEALED:** [ ] Yes  [X] No

[X] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____ [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____ on _____

**Charging Document:** [ ] Complaint  [ ] Information  [X] Indictment

**Total # of Counts:** [ ] Petty ____ [ ] Misdemeanor ____ [X] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[X] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12/17/03    **Signature of AUSA:** /s/ William Connolly

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy  _____

Name of Defendant    Matthew Wright

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. sec. 922 (g)(1) | Felon in Possession of a Firearm | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: _____

**District Court Case Number** (To be filled in by deputy) _____

**Name of Defendant**     Matthew Wright

JS 45.wpd - 3/13/02