## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: Charles B. Swartwood, III | Date: December 29, 2003 |
| Courtroom Clerk: Roland | Time In Court: 45 min |
| Case: USA v. Matthew Wright | Case Number: 03-10394 |
| AUSA: Casey | Defense Counsel: Donoghue |
| PTSO/PO: Vangie | Recording Time: 2:46 P, 4:02 P |

## TYPE OF HEARING

[X] **Initial Appearance**
[X]  Arrested:  [X] on warrant  [ ] on probable cause
[ ]  Defendant Sworn
[X]  Advised of Charges
[X]  Advised of Rights
[X]  Requests Appointment of Counsel
[ ]  Retained Counsel
[X]  Court Orders Counsel be Appointed
[ ]  Government Requests Detention & Continuance

[ ] **Arraignment**
[ ] Defendant Waived Reading of Indictment
[ ] Defendant Pleads Not Guilty to Counts _____
[ ] **Removal Hearing/Rule 40**
[ ] Defendant Waives Identity Hearing
[ ] Defendant Ordered Removed to Charging District. Order to Issue.
[ ] Defendant Released, Conditions Remain/ Modified/Set
[ ] Identity Established

[ ] **Preliminary Examination (Rule 5 or Rule 32.1)**
[ ] Probable Cause Found
[ ] Identity Established
[ ] Defendant Waives Identity Hearing
[ ] Defendant Waives Preliminary Examination

[X] **Bail Hearing**
[ ] Bail Revoked, Defendant Ordered Detained
[ ] Defendant Released, Conditions Remain/Modified
[X] Defendant Released on unsecured bond with Conditions

[ ] **Detention Hearing**
[ ] Defendant Requests a Continuance
[ ] Defendant Consents to Voluntary Detention
[ ] Defendant Detained, Order to Issue
[ ] Defendant Released on _____ with conditions
[ ] Detention Taken Under Advisement

[ ] **Preliminary Probation Revocation Hearing**
[ ] Defendant Ordered Detained
[ ] Defendant Released

[ ] **Miscellaneous Hearings**
[ ] Attorney Appointment Hearing
[ ] Change of Plea (Rule 11) Hearing
[ ] Material Witness Hearing
[ ] Motion Hearing
[ ] _____ Status Conference
[ ] Other _____

## CONTINUED PROCEEDINGS

Arraignment set for 1/8/04 at 10:30 A

## REMARKS

Case called, AUSA and Defendant appear for Initial Appearance, Attorney E. Donoghue appointed as CJA Attorney on the spot, The Court takes recess, Bail Hearing held, Dft released on conditions.