# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23  
REV. 1/90

IN UNITED STATES: ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US vs. Wright

FOR: _____

AT: _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): _____

1. ☑ Defendant — Adult
2. ☐ Defendant — Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

CHARGE OFFENSE (describe if applicable & check box →): ☐ Felony ☐ Misdemeanor

DOCKET NUMBERS:  
Magistrate: _____  
District Court: 03-10394-WGY  
Court of Appeals: _____

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**  
Are you now employed? ☐ Yes ☑ No ☐ Am Self Employed  
Name and address of employer: _____  
IF YES, how much do you earn per month? $ _____  
IF NO, give month and year of last employment. How much did you earn per month $ _____  
If married is your Spouse employed? ☐ Yes ☐ No  
IF YES, how much does your Spouse earn per month $ _____  
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

**OTHER INCOME**  
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No  
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  
RECEIVED: NA  
SOURCES: _____

**CASH**  
Have you any cash on hand or money in savings or checking account ☐ Yes ☑ No  IF YES, state total amount $ _____

**PROPERTY**  
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No  
IF YES, GIVE VALUE AND DESCRIBE IT  
VALUE: None  
DESCRIPTION: _____

### OBLIGATIONS & DEBTS

**DEPENDENTS**  
MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED  
Total No. of Dependents: _____  
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| None | | $ | $ |
| | Citizens Bank - Truck loan | $ 9000 | $ 385 |
| | | $ | $ |
| | | $ | $ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): ▶ /s/ H. Wright    12/29/03

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.