AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Matthew Wright DOB: 9/23/70
6 Rock Road, Tyngsboro, MA

**WARRANT FOR ARREST**

CASE NUMBER: 03-10394-WGY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Matthew Wright___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Felon in possession of firearm and ammunition.

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

___Sheila Disbo___          ___Operations Supervisor___
Name of Issuing Officer      Title of Issuing Officer

___[signature]___            __12/17/03   Boston, MA__
Signature of Issuing Officer  Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY ATF
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 12/29/03

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.