UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                     **Criminal Action**
                                                     **No:03-10394-WGY**

**UNITED STATES**
**Plaintiff**

**v.**

**MATTHEW WRIGHT**
**Defendant**

NOTICE  OF  INITIAL SCHEDULING CONFERENCE

**YOUNG, C.J.**

      **TAKE NOTICE** that the above-entitled case has been set for INITIAL SCHEDULING CONFERENCE  at 2:00 P.M. , on THUR.  FEB. 26 , 2004, in Courtroom No. 18, 5TH floor.

                                                  **By the Court,**

                                                  **/s/ Elizabeth Smith**

                                                  **Deputy Clerk**

**January 15, 2004**

**To: All Counsel**