UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No: <u>03-10394-WGY</u>

UNITED STATES
Plaintiff

v.

MATTHEW WRIGHT
Defendant

## SCHEDULING ORDER

**YOUNG, C.J.**

An initial status conference in accordance with LR 116.5 was held on   2/26/04

Any substantive motions are to be filed by     5/3/04     . See LR 116.3(E) and (H).

Response to any motion is to be filed on or before     5/17/04     See LR 116.3(l).

A Final Pretrial Conference will be held on   MAY 6, 2004 @ 2PM

A joint memorandum in accordance with LR 116.5(C) is to be filed by 5/6/04

A tentative trial date has been set for   JUNE 1, 2004

The time between   2/26/04         and     6/1/04     is excluded in the interest of justice.

By the Court,

/s/ Elizabeth Smith

**Deputy Clerk**

**February 26, 2004To: All Counsel**