UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No:03-10394-WGY

UNITED STATES
Plaintiff

v.

MATTHEW WRIGHT
Defendant

NOTICE OF RESCHEDULING

YOUNG, C.J.

TAKE NOTICE that the above-entitled case has been RESET for FINAL PRETRIAL CONFERENCE at 2:30 P.M. , on MON. MAY 3 , 2004, in Courtroom No. 18, 5TH floor.

By the Court,

/s/ Elizabeth Smith

Deputy Clerk

April 20, 2004

To: All Counsel