UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                    **Criminal Action**
                                                                                     **No:03-10394-WGY**

**UNITED STATES**
**Plaintiff**

v.

**MATTHEW WRIGHT**
**Defendant**

NOTICE  OF  RESCHEDULING

**YOUNG, C.J.**

      TAKE NOTICE that the above-entitled case has been set for SENTENCING at 2:00 P.M. , on WED. NOV. 3 , 2004, in Courtroom No. 18, 5TH floor.

                                                                       **By the Court,**

                                                                       **/s/ Elizabeth Smith**

                                                                       **Deputy Clerk**

**October 6, 2004**

**To: All Counsel**