Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Matthew Wright                      **Case Number:** 03-10394

**Name of Sentencing Judicial Officer:** Honorable William G. Young, U.S. District Judge

**Date of Original Sentence:** 11/3/04

**Original Offense:** Felon in Possession of Firearm and Ammunition, in violation of 18 U.S.C. §922(g)

**Original Sentence:** 30 months' custody, 2 years' supervised release

**Type of Supervision:** Supervised Release         **Date Supervision Commenced:** 2/8/07

---

### NON-COMPLIANCE SUMMARY

This memorandum is to notify Your Honor of recent non-compliance by Mr. Wright. On 10/23/07, Mr. Wright was arraigned in Lowell District Court, Dkt #0711CR006699 on a charge of Operating a Motor Vehicle with a Suspended License. The charge relates to a 7/10/07 incident, whereby Mr. Wright contacted the writer within the required time period to report that he had been cited. He was instructed to appear for any court proceedings and notify the Probation Office of any action on the case.

Respectfully, the Probation Department requests no action occur until the pending charges have been disposed of so long as Mr. Wright remains in compliance with his conditions of release. Upon the resolution of this case, the Probation Department will notify Your Honor and make an appropriate recommendation.

Thank you in advance for your attention to this matter.

Reviewed/Approved by:                                           Respectfully submitted,

                                                       By
Joseph LaFratta                                                 Lisa Dubé
Supervising U.S. Probation Officer                              U.S. Probation Officer
                                                                Date: 11/8/07

---

[ ] Approved
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] - Submit a Request for Warrant or Summons
[ ] Other


_____
Signature of Judicial Officer


_____
Date